**Order entered June 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01011-CR

**JACOLBY MARQUAN HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-75383-I**

## ORDER

Before the Court is the State's June 20, 2019 second motion to extend the time to file its brief. The State has tendered its brief with the motion. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/     CORY L. CARLYLE
JUSTICE